```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

UNITED COMMUNITY BANK,           *

    Plaintiff,                   *

vs.                              *

                                        CASE NO. 3:21-CV-113 (CDL)

JULIE M. NEILL,                  *

    Defendant.                   *

## O R D E R

Julie Neill failed to appear for her properly noticed deposition on May 20, 2022, and United Community Bank filed a motion to compel Neill to attend her deposition. The motion to compel (ECF No. 26) is granted. Neill shall appear for her deposition at a date, time and place set by Plaintiff's counsel, which shall be on or before June 22, 2022. If Neill does not appear for her deposition at the time and place specified, the Court will impose sanctions, which will include striking Neill's Answer.

The Bank seeks sanctions, including reasonable attorney's fees, under Federal Rule of Civil Procedure 37(d)(3) based on Neill's failure to appear for her May 20 deposition. Rule 37(d)(3) provides that a court *must* require the party failing to attend her deposition "to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was

substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(d)(3).  Neill shall show cause in writing by June 22, 2022 why the Court should not impose sanctions on her under Rule 37(d)(3).

    IT IS SO ORDERED, this 8th day of June, 2022.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA