```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION
```

| | | |
|---|---|---|
| UNITED COMMUNITY BANK, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 3:21-CV-113 (CDL) |
| JULIE M. NEILL, | * | |
| Defendant. | * | |

## O R D E R

Julie Neill failed to appear for her deposition on May 20, 2022. The Court previously granted United Community Bank's motion to compel and ordered Neill to appear for her deposition at a new date and time to be set by the Bank. The Court also ordered Neill to show cause in writing why the Court should not impose sanctions under Federal Rule of Civil Procedure 37(d)(3), which requires that a party who fails to appear for her deposition must pay the reasonable expenses, including attorney's fees, caused by the failure. Neill did not respond to the show cause order and did not establish that her failure to attend her deposition was substantially justified or that other circumstances make an award of expenses unjust. Accordingly, the Bank is entitled to Rule 37(d)(3) sanctions. Within fourteen days of today's order, the Bank shall submit a motion for attorney's fees, supported by evidence on the amount

and reasonableness of the fees. If Neill failed to appear for her rescheduled deposition as ordered by the Court and if the Bank seeks additional sanctions, the Bank's motion shall address those matters, too.

    IT IS SO ORDERED, this 27th day of June, 2022.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA